37 A.3d 587

COMMONWEALTH of Pennsylvania, Respondent

v.

Donnell SANDERS, Petitioner.

No. 93 EM 2011.

Supreme Court of Pennsylvania.

Feb. 10, 2012.

## ORDER

PER CURIAM.

AND NOW, this 10th day of February, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro*

*Tunc* is **GRANTED.** Petitioner is directed to file his Petition for Allowance of Appeal within 30 days of this order.